UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROLLAND M. GREGG,<br><br>　　　　　Defendant. | No. CR-13-024-FVS-4<br><br>ORDER TAKING MOTIONS UNDER ADVISEMENT<br><br>☒　Action Required |

Before the court is Defendant's Motions to Modify conditions of release, ECF No. 115, 130. The Motions are taken under advisement. However, Defendant may have contact with his spouse, Michelle Lynn Gregg.

Pretrial Services is directed to substantiate whether Defendant's business is licensed in the State of Washington.

**IT IS SO ORDERED.**

DATED March 25, 2013.

　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**ORDER TAKING MOTIONS UNDER ADVISEMENT - 1**