UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROLLAND MARK GREGG,<br><br>　　　　　Defendant. | No. CR-13-024-FVS-4<br><br>ORDER GRANTING MOTION AND MODIFYING CONDITIONS OF RELEASE<br><br>☒　　Motion Granted<br>**(ECF No. 228)** |

At the December 18, 2013, hearing on Defendant's Motion to Modify, Defendant was present with counsel Douglas D. Phelps. Assistant U.S. Attorney Earl A. Hicks represented the United States. U.S. Probation Officer Melissa Hanson also addressed the Court.

The Defendant seeks to modify his urinalysis testing condition. Defendant represents that his test results have been clean for several months, that the Pretrial Services officer in the Western District has suggested he request a modification of this condition, and that the current requirement that he call in daily to see if he is required to take a random test that day is causing difficulties with his work schedule.

The United States believes the U.S. Probation Office is in the best position to determine how often the Defendant submits to testing.

Pursuant to the "Appearance Bond" signed by U.S. Magistrate Theiler of the U.S. District Court for the Western District Court of Washington on 2-20-13, Defendant is subject to drug/alcohol monitoring "as directed by Pretrial Services."

ORDER GRANTING MOTION AND MODIFYING
CONDITIONS OF RELEASE - 1

This Court finds that conditions of release, including testing for illegal substances at the discretion of the supervising Pretrial Services officer, but which would, absent a particularized suspicion of use or possession, permit random testing less frequently than currently conducted, would nevertheless reasonably assure both the Defendant's appearance and the safety of other persons.

**IT IS ORDERED** the Defendant's Motion, **ECF No. 228,** is **GRANTED**. Defendant shall submit to urinalysis testing as often as the supervising U.S. Probation Officer deems appropriate but, absent a particularized suspicion of use or possession, may in the discretion of Pretrial Services be less frequently than currently conducted.

All other conditions of release not inconsistent herewith to remain in full force and effect.

DATED December 18, 2013.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION AND MODIFYING
CONDITIONS OF RELEASE - 2