# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-024-FVS-4 |
| Plaintiff, | ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| ROLLAND MARK GREGG, | |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release to allow him to retrieve his passport and leave the jurisdiction of the United States to develop new business opportunities. ECF No. 535.

Disregarding the personal nature of some of the pleadings, viewing the overall risk of flight as a product of both the probability of occurrence factored by the magnitude of the consequences, considering the alternatives to travel that are available to Defendant, being fully advised in the premises, and finding no change in circumstances that would justify modifying the present conditions of release, Defendant's Motion**, ECF No. 535,** is **DENIED.**

**IT IS SO ORDERED.**

DATED January 12, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1