UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ROLLAND MARK GREGG,<br><br>  Defendant. | NO: 2:13-CR-0024-TOR-4<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release. (ECF No. 823). The motion was submitted for consideration without oral argument. The Court has reviewed the file and the records therein, and is fully informed.

Defendant requests the return of his passport from the United States Probation Office and the Court's permission to travel to Toronto, Canada, between November 15 and 18, 2017. In his motion, Defendant notes that his probation officer is not opposed to the proposed travel and that he has previously traveled

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

domestically without incident, and is otherwise in compliance with the terms and conditions of his release. In its response, the Government has deferred to the Court concerning Defendant's requests. (ECF No. 825). For good cause shown, the motion is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant's Motion to Modify Conditions of Release (ECF No. 823) is **GRANTED**.

2. The United States Probation Office shall promptly return Defendant's passport to him.

3. Defendant is allowed to travel to Toronto, Canada, between November 15 and 18, 2017. Defendant shall notify his probation officer of his travel plans no less than 24 hours before his departure and contact the United States Probation Office immediately upon his return to either the Eastern or Western District of Washington. While allowing travel, this Order does not authorize international travel, those decisions are the responsibility of the civil immigration authorities of Canada and the United States, not this Court.

4. All other terms and conditions of Defendant's post-trial supervision remain in effect.

//

//

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the United States Probation Office.

**DATED** November 13, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 3